HYDEE FELDSTEIN SOTO, City Attorney - SBN 106866
SCOTT MARCUS, Chief Assistant City Attorney - SBN 184980
CORY M. BRENTE, Senior Assistant City Attorney - SBN 115453
cory.brente@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7021/Facsimile: (213) 978-8785

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER JEREMIAH CARDOZA, OFFICER MITCHELL LAU, OFFICER HARO RODRIGUEZ, OFFICER KEVIN HERNANDEZ, OFFICER ANGELICA LOPEZ-SEVILLA, OFFICER CARLOS RAMIREZ, OFFICER MIRNA VARGAS, and SERGEANT MAURICIO VARGAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST SIMON, JR., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, MICHEL MOORE, in his individual and official capacity; JEREMIAH CARDOZA, in his individual and official capacity; MITCHELL LAU, in his individual and official capacity; MICAELA GASTELLUM, in her individual and official capacity; HARO RODRIGUEZ, in his official and individual capacity; KEVIN HERNANDEZ, in his official and individual capacity; ANGELICA LOPEZ-SEVILLA, in her individual and official capacity; CARLOS RAMIREZ, in his individual and official capacity; MIRNA VARGAS, in her individual and official capacity; MAURICIO VARGAS, in his individual and official capacity,<br><br>Defendants. | Case No.  22-cv-01775-SSS-GJS<br><br>**DECLARATION OF KEVIN E. GILBERT IN SUPPORT OF DEFENDANT SERGEANT MAURICIO VARGAS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>DATE:    September 29, 2023<br>TIME:    2:00 p.m.<br>DEPT:    Courtroom 2/Zoom<br>JUDGE:   Hon. Sunshine S. Sykes |

I, Kevin E. Gilbert, if called upon to testify will competently testify as follows:

1. I am an attorney at law licensed to practice before this Court. I am an attorney with the law firm of Orbach Huff + Henderson, LLP, attorneys of record for CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER JEREMIAH CARDOZA, OFFICER MITCHELL LAU, OFFICER HARO RODRIGUEZ, OFFICER KEVIN HERNANDEZ, OFFICER ANGELICA LOPEZ-SEVILLA, OFFICER CARLOS RAMIREZ, OFFICER MIRNA VARGAS, and SERGEANT MAURICIO VARGAS (collectively "Defendants") in the above-referenced matter. I have personal knowledge of the matters set forth herein below and if called upon to testify will competently testify thereto.

2. Pursuant to Local Rule 7-3, on July 31, 2023, I met with A. Alexander Lowder, counsel for Plaintiff, regarding Defendants' intention to file a motion to dismiss as to the newly named individual officers ("Officer Defendants") in this case. Though Sergeant Vargas had not yet been personally served, this meeting also generally included the claims asserted against him as he was one of the newly named individual Defendants. The meeting was held at 2:30 p.m. and was held via Teams and lasted for approximately 15-20 minutes. We discussed whether Plaintiff would willingly dismiss the Officer Defendants, given the lack of facts supporting Plaintiff's claims and their entitlement to federal and state immunities. Plaintiff's counsel expressed that the alleged facts were sufficient to withstand dismissal. Although the discussions were amicable, the parties were unable to resolve their dispute.

3. Pursuant to local rule 7-3 on May 26, 2023, in an attempt to meet and confer with Plaintiff's counsel regarding a pending motion for summary judgment, my associate, Carolyn Aguilar, telephonically met with Plaintiff's counsel, Jonathan Gershon at approximately 11:40 a.m. Based on my subsequent discussion with Ms. Aguilar, I am informed that the discussion lasted approximately 30 minutes, where counsel discussed dismissing claims against Chief Moore and some of the insufficiencies of the original complaint. Ms. Aguilar thereafter sent an email to Plaintiff's counsel, in which I was

copied, advising Plaintiff of the basis for dismissing Chief Moore.  I am not aware that Plaintiff ever responded to that email.

4.	In furtherance of the meet and confer efforts that began in May, on June 7, 2023, I had an approximately 20-minute telephone conference with Plaintiff's counsel, Jonathan Phillips, about various topics, half of that time, however, was used to discuss Defendants' concerns with the deficiencies in Plaintiff's newly filed First Amended Complaint, including that Chief Moore was not a proper party and that there were insufficient facts as to the Officer Defendants.

5.	Sergeant Mauricio Vargas was served on August 11, 2023.  Consequently, pursuant to local rule 7-3 on August 17, 2023, in an attempt to meet and confer with Plaintiff's counsel regarding this specific motion to dismiss Sergeant Vargas, my associate, Carolyn Aguilar, telephonically met with Plaintiff's counsel, Jonathan Philips at approximately 2:45 p.m.  Based on my subsequent discussion with Ms. Aguilar, I am informed that the discussion lasted approximately 10 minutes, where counsel discussed dismissing claims against Sergeant Vargas specifically including the lack of liability for the facts as alleged and entitlement to federal and state law immunities.  Ms. Aguilar thereafter sent an email to Plaintiff's counsel, in which I was copied, advising Plaintiff of the case law in support of dismissing Sergeant Vargas.  After a further follow up email, Mr. Philips responded on August 21, 2023, via email that while Plaintiff would not oppose dismissal of the official capacity claims against Sergeant Vargas, he would not willingly dismiss any other claims against Sergeant Vargas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 31st day of August, 2023, in Pleasanton, California.

                                 /s/ *Kevin E. Gilbert*
                                Kevin E. Gilbert
                                Attorney for Defendants
                                CITY OF LOS ANGELES, et al.