UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERNEST SIMON, Jr., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MICHEL MOORE, in his individual capacity; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> CITY OF LOS ANGELES; et al., <br><br> Defendants. | No. 24-6351 <br><br> D.C. No. 2:22-cv-01775-SSS-GJS <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 14) to substitute party is granted. Ernest Simon, Sr. and Jacqueline Washington will be substituted for Ernest Simon, Jr. as appellees in No. 24-6351. *See* Fed. R. App. P. 43(a).

The opening brief is due August 25, 2025. The answering brief is due September 24, 2025. The optional reply brief is due 21 days after the answering brief is served.